Issued June 5, 2008














In The

Court of Appeals

For The

First District of Texas

____________


NO. 01-08-00269-CR

____________


THE STATE OF TEXAS, Appellant


V.


RAYMOND EARL SMITH, Appellee







On Appeal from the 66th Judicial District Court 

Hill County, Texas

Trial Court Cause No. 35142






MEMORANDUM OPINION

 The State of Texas, appellant, has filed a motion to dismiss the above-referenced appeal. The motion complies with the Texas Rules of Appellate
Procedure. See Tex. R. App. P. 42.2(a).

 We have not yet issued a decision. Accordingly, the motion is granted and the
appeal is dismissed. 

 The Clerk of this Court is directed to issue the mandate. Tex. R. App. P. 18.1.

PER CURIAM

Panel consists of Justices Nuchia, Alcala, and Hanks.

Do not publish. Tex. R. App. P. 47.2(b).